1

2                                                                                              O

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )
12                       Plaintiff,         )        SA 08-713M
                                            )
13            v.                            )   ORDER OF DETENTION AFTER HEARING
                                            )        (18 U.S.C. § 3142(i))
14   JUAN PENA COLIMA,                      )
                                            )
15                       Defendant.         )
                                            )
16   _____ )

17                                          I.

18   A. (  ) On motion of the Government involving an alleged

19        1. (  )  crime of violence;

20        2. (  )  offense with maximum sentence of life imprisonment or death;

21        3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§  801,/951, et. seq.,/955a);

23        4. (  )  felony - defendant convicted of two or more prior offenses described above.

24   B. On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25        1. ( X )    serious risk defendant will flee;

26        2. (  )  serious risk defendant will

27             a. (  )   obstruct or attempt to obstruct justice;

28             b. ( )    threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )    appearance of defendant as required; and/or

B.  ( )  safety of any person or the community;

## III.

The Court has considered:

A.  ( x ) the nature and circumstances of the offense;

B.  (x) the weight of evidence against the defendant;

C.  (x) the history and characteristics of the defendant;

D.  ( ) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C.  ( ) A serious risk exists that defendant will:

1. ( )   obstruct  or  attempt to  obstruct  justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D.  ( ) Defendant  has  not  rebutted  by  sufficient  evidence  to  the  contrary  the  presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5 consultation with his counsel.

6

7

8 Dated: December 23, 2008

9    _____

10   Marc L. Goldman
     U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**